B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ahmed, Mahmoud Mohamed** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ahmed, Zeenath** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**FKA Zeenath Khan; AKA Zeenath O Ahmed; AKA Zeenath O Khan-Ahmed** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-4700** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**xxx-xx-6419** |
| Street Address of Debtor (No. and Street, City, and State):<br>**169 Southwicke Drive, Unit B**<br>**Streamwood, IL**  ZIP Code **60107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**169 Southwicke Drive, Unit B**<br>**Streamwood, IL**  ZIP Code **60107** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ahmed, Mahmoud Mohamed**<br>**Ahmed, Zeenath** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** __/s/ Xiaoming Wu ARDC No._____    **April 29, 2011**__<br>Signature of Attorney for Debtor(s)            (Date)<br>**Xiaoming Wu ARDC No. 6274335** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)


_____
(Name of landlord that obtained judgment)



_____
(Address of landlord)


☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)
Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Ahmed, Mahmoud Mohamed** |
| **Ahmed, Zeenath** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mahmoud Mohamed Ahmed**
Signature of Debtor **Mahmoud Mohamed Ahmed**

X **/s/ Zeenath Ahmed**
Signature of Joint Debtor **Zeenath Ahmed**

Telephone Number (If not represented by attorney)

**April 29, 2011**
Date

#### Signature of Attorney*

X **/s/ Xiaoming Wu ARDC No.**
Signature of Attorney for Debtor(s)

**Xiaoming Wu ARDC No. 6274335**
Printed Name of Attorney for Debtor(s)

**LEDFORD & WU**
Firm Name

**200 S. Michigan Avenue, Suite 209**
**Chicago, IL 60604-2406**

Address

**Email: notice@ledfordwu.com**
**(312) 294-4400  Fax: (312) 294-4410**
Telephone Number

**April 29, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Mahmoud Mohamed Ahmed Zeenath Ahmed**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Mahmoud Mohamed Ahmed**

                    **Mahmoud Mohamed Ahmed**

Date:  **April 29, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Mahmoud Mohamed Ahmed**
       **Zeenath Ahmed** _____    Case No. _____

                               Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Zeenath Ahmed**
                         **Zeenath Ahmed**
Date:    **April 29, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re   **Mahmoud Mohamed Ahmed,**     Case No. _____

      **Zeenath Ahmed**

_____ ,    Chapter _____ **7**

                        Debtors

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 44,000.00 | | |
| B - Personal Property | Yes | 3 | 1,670.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 350,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 765,463.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,084.61 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,082.00 |
| Total Number of Sheets of ALL Schedules | | 49 | | | |
| Total Assets | | | 45,670.00 | | |
| Total Liabilities | | | | 1,115,463.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,

Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 3,617.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,617.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,084.61 |
| Average Expenses (from Schedule J, Line 18) | 3,082.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,238.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 130,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 765,463.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 895,463.00 |

B6A (Official Form 6A) (12/07)

.

In re  **Mahmoud Mohamed Ahmed,**                                    Case No. _____
       **Zeenath Ahmed**
                                                            ,
                                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1119 Grand Ave., Chicago, IL60642 (Mahmoud M. Ahmed has 1/5 interest** | **Joint tenant** | J | 44,000.00 | 350,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 44,000.00 | (Total of this page) |
| Total > | 44,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re **Mahmoud Mohamed Ahmed,**
      **Zeenath Ahmed**
                                                              Debtors,

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **TCF Bank - checking account** | W | 30.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord: $1,250** | J | 0.00 |
| | | **Security deposit with ComEd: $150** | J | 0.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Sofa, TV, DVD player, microwave, vacuum, bedroom sets, dresser, computer, printer, lamps, telephne, answering machine** | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Used clothing** | J | 100.00 |
| 7. Furs and jewelry. | | **Wedding rings** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **1,670.00**
(Total of this page)

_**2**_ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**                                    Case No. _____
       **Zeenath Ahmed**
_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                    Sub-Total >          **0.00**
                                                                    (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mahmoud Mohamed Ahmed,**    Case No. _____
    **Zeenath Ahmed**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **1,670.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re **Mahmoud Mohamed Ahmed,**
        **Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** <br> **Sofa, TV, DVD player, microwave, vacuum, bedroom sets, dresser, computer, printer, lamps, telephne, answering machine** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** <br> **Used clothing** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| **Furs and Jewelry** <br> **Wedding rings** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | Total: | **1,600.00** | **1,600.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Mahmoud Mohamed Ahmed,**          Case No. _____
      **Zeenath Ahmed**

                                      Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **xxxxx1112**<br><br>**MB Financial Bank**<br>**1200 N. Ashland Avenue**<br>**Chicago, IL 60637** | X | | J | | 2/2008<br><br>**Mortgage**<br><br>**1119 Grand Ave., Chicago, IL60642**<br>**(Mahmoud M. Ahmed has 1/5 interest** | | | | | |
| | | | | | Value $             **220,000.00** | | | | **350,000.00** | **130,000.00** |
| Account No.<br><br>**Belongia Shapiro & Franklin LLP**<br>**20 S. Clark St., Suite 300**<br>**Chicago, IL 60603** | | | | | **Representing:**<br>**MB Financial Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**MB Financial Bank**<br>**ATTN:  Loan Servicing**<br>**6111 N. River Road**<br>**Rosemont, IL 60018** | | | | | **Representing:**<br>**MB Financial Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| Account No.<br><br>**The Dizonno Law Group LLC**<br>**One Pierce Place, Suite 150C**<br>**Itasca, IL 60143** | | | | | **Representing:**<br>**MB Financial Bank** | | | | **Notice Only** | |
| | | | | | Value $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | | | | **350,000.00** | **130,000.00** |
| | | | | | | Total<br>(Report on Summary of Schedules) | | | | **350,000.00** | **130,000.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                       Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **Mahmoud Mohamed Ahmed,**                                    Case No. _____
    **Zeenath Ahmed**

_____ ,
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Mahmoud Mohamed Ahmed,**
      **Zeenath Ahmed**

                               Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5651** <br><br> **Ad-Park Pediatric Assoc.** <br> **303 W. Lake St., Suite 102** <br> **Addison, IL 60101** | | J | **Medical or Dental Services** | | | | 44.00 |
| Account No. **xxxxe000** <br><br> **Advance Health & Wellness** <br> **1555 Barrington Rd.** <br> **Hoffman Estates, IL 60169** | | J | **Medical or Dental Services** | | | | 20.00 |
| Account No. **xxxxxx6159** <br><br> **Afni, Inc.** <br> **Po Box 3097** <br> **Bloomington, IL 61702** | | H | **Opened 5/01/10** <br> **CollectionAttorney Us Cellular** | | | | 283.00 |
| Account No. **Multiple accounts** <br><br> **Alexian Brothers Med Center** <br> **800 Biesterfield Rd.** <br> **Elk Grove Village, IL 60007** | | J | **Medical/Dental Service** | | | | 7,000.00 |

| | | |
|---|---|---|
| __36__ continuation sheets attached | Subtotal <br> (Total of this page) | 7,347.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
                                                      S/N:30037-110412   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Harris & Harris, Ltd 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | Representing: Alexian Brothers Med Center | | | | Notice Only |
| Account No. | | | | | | | | |
| Malcolm S. Gerald and Assoc. 332 S. Michigan Ave., Suite 600 Chicago, IL 60604 | | | | Representing: Alexian Brothers Med Center | | | | Notice Only |
| Account No. | | | | | | | | |
| Pellettieri & Associates 991 Oak Creek Dr. Lombard, IL 60148-6408 | | | | Representing: Alexian Brothers Med Center | | | | Notice Only |
| Account No. | | | | | | | | |
| RCS 21219 Network Place Chicago, IL 60673 | | | | Representing: Alexian Brothers Med Center | | | | Notice Only |
| Account No. xxxxxxxxxxx5243 | | | | Opened  2/28/99  Last Active  7/09/08 CreditCard | | | | |
| American Express Po Box 981535 El Paso, TX 79998 | | H | | | | | | 21,463.00 |

Sheet no. __1__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,463.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
　　　**Zeenath Ahmed**

Case No. _____

　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | | | | | |
| **Nationwide Credit** **2015 Vaughn Road** **Kennesaw, GA 30144** | | | Representing: American Express | | | | **Notice Only** |
| Account No. | | | | | | | |
| **NCO Financial** **507 Prudential Rd** **Horsham, PA 19044** | | | Representing: American Express | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx8363** | | H | Opened  7/14/99  Last Active  7/09/08 CreditCard | | | | |
| **American Express** **Po Box 981535** **El Paso, TX 79998** | | | | | | | **14,043.00** |
| Account No. **xxxx-xxxxxx-x1006** | | J | Credit card purchases | | | | |
| **American Express** **Box 0001** **Los Angeles, CA 90096** | | | | | | | **13,700.00** |
| Account No. | | | | | | | |
| **Nationwide Credit** **2015 Vaughn Road** **Kennesaw, GA 30144** | | | Representing: American Express | | | | **Notice Only** |

Sheet no. __2___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,743.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx1007** <br><br> **Arlington Ridge Pathology** <br> **520 E. 22nd Street** <br> **Lombard, IL 60148** | | J | | **Medical or Dental Services** | | | | **17.00** |
| Account No. **xxxxx9888** <br><br> **Armor Systems Co** <br> **1700 Kiefer Dr** <br> **Suite 1** <br> **Zion, IL 60099** | | J | | **Opened 12/01/08 CollectionAttorney Provena Saint Joseph Hospital** | | | | **75.00** |
| Account No. **xx5885** <br><br> **Assetcare, Inc** <br> **5100 Peachtree Industrial Blvd** <br> **Norcross, GA 30071** | | J | | **Medical or Dental Services** | | | | **244.00** |
| Account No. **xxxxxxxxxxxxx0436** <br><br> **AT&T Wireless** <br> **PO Box 6428** <br> **Carol Stream, IL 60197** | | J | | **Goods or Services** | | | | **763.00** |
| Account No. <br><br> **TX Collect, Inc.** <br> **2101 W. Ben White Blvd., Suite 103** <br> **Austin, TX 78704** | | | | **Representing:** <br> **AT&T Wireless** | | | | **Notice Only** |

Sheet no. _**3**_ of _**36**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,099.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx9683**<br><br>**Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | | H | **Opened  8/01/07  Last Active  7/09/08**<br>**CreditCard** | | | | **19,280.00** |
| Account No. **xxxx-xxxx-xxxx-9655**<br><br>**Bank of America**<br>**NC4-105-03-14**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27420** | | J | **Credit card purchases** | | | | **890.00** |
| Account No.<br><br>**United Recovery Systems**<br>**PO Box 722929**<br>**Houston, TX 77272-2929** | | | **Representing:**<br>**Bank of America** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6326**<br><br>**Bank of America**<br>**NC4-105-03-14**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27420** | | J | **Credit card purchases** | | | | **544.00** |
| Account No. **xxxxxxxxxxx7009**<br><br>**Barclays Bank Delaware**<br>**Attention:  Customer Support**<br>**Department**<br>**Po Box 8833**<br>**Wilmington, DE 19899** | | H | **Opened  4/01/08  Last Active  6/11/08**<br>**CreditCard** | | | | **1,110.00** |

Sheet no. __4__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **21,824.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Belgravia Group** <br>**833 N. Orleans, Suite 400** <br>**Chicago, IL 60610** | | J | Debt Owed | | | | 16,700.00 |
| Account No. **xxxxx8662** <br><br>**Brinks Home Security** <br>**8880 Esters Boulevard** <br>**Irving, TX 75063** | | J | Goods or Services | | | | 300.00 |
| Account No. <br><br>**Collectech Systems Inc.** <br>**PO Box 361567** <br>**Columbus, OH 43236** | | | Representing: <br>**Brinks Home Security** | | | | Notice Only |
| Account No. **xxxxxxxxxxxx4678** <br><br>**Capital One, N.A.** <br>**Bankruptcy Dept** <br>**Po Box 5155** <br>**Norcross, GA 30091** | | J | Opened  4/01/08  Last Active  7/08/08 <br>**CreditCard** | | | | 2,609.00 |
| Account No. <br><br>**Blatt, Hasenmiller, Leibsker et al** <br>**125 S. Wacker Drive, Suite 400** <br>**Chicago, IL 60606** | | | Representing: <br>**Capital One, N.A.** | | | | Notice Only |

Sheet no. __5__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,609.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
      **Zeenath Ahmed**
                                    ,
                          Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Law Office of Mitchell N Kay PC** <br>**205 W Randolph St., Ste 920** <br>**Chicago, IL 60606** | | | **Representing:** <br>**Capital One, N.A.** | | | | **Notice Only** |
| Account No. <br><br>**NCO Financial Systems, Inc.** <br>**P.O. Box 60024** <br>**City of Industry, CA 91716-0024** | | | **Representing:** <br>**Capital One, N.A.** | | | | **Notice Only** |
| Account No. <br><br>**CAPSTONE FINANCIAL, LLC** <br>**C/O MICHAEL S ROBERTS** <br>**55 W MONROE ST STE 1700** <br>**CHICAGO, IL 60603** | J | | **Debt Owed** | | | | **1,368.00** |
| Account No. <br><br>**The Albert Law Firm** <br>**205 W. Randolph St., Suite 920** <br>**Chicago, IL 60606** | | | **Representing:** <br>**CAPSTONE FINANCIAL, LLC** | | | | **Notice Only** |
| Account No. **xxxxxx4950** <br><br>**CBCS 02** <br>**P.O.Box 1810** <br>**Columbus, OH 43216-1810** | J | | **Collection for Stanley Steemer** | | | | **259.00** |

Sheet no. __6__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,627.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
        **Zeenath Ahmed**                                           Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5178**<br><br>**Chase Bank USA N.A.**<br>**ATTN: Legal Dept.**<br>**131 S. Dearborn St, 5th Floor**<br>**Chicago, IL 60603** | | J | Credit card purchases | | | | 14,000.00 |
| Account No.<br><br>**National Recovery Solutions, LLC**<br>**P.O.Box 322**<br>**Lockport, NY 14095-0322** | | | Representing:<br>Chase Bank USA N.A. | | | | Notice Only |
| Account No.<br><br>**Redline Recovery Services LLC**<br>**6201 Bonhomme St., Suite 100S**<br>**Houston, TX 77036** | | | Representing:<br>Chase Bank USA N.A. | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-9717**<br><br>**Chase Bank USA N.A.**<br>**ATTN: Legal Dept.**<br>**131 S. Dearborn St, 5th Floor**<br>**Chicago, IL 60603** | | J | Credit card purchases | | | | 1,335.00 |
| Account No.<br><br>**Bureau of Collection Recovery**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | | Representing:<br>Chase Bank USA N.A. | | | | Notice Only |

Sheet no. __7___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          15,335.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4161** | | | | **Credit card purchases** | | | | |
| **Chase Bank USA N.A.** **ATTN: Legal Dept.** **131 S. Dearborn St, 5th Floor** **Chicago, IL 60603** | | J | | | | | | **5,048.00** |
| Account No. | | | | | | | | |
| **NES** **29125 Solon Road** **Solon, OH 44139** | | | | Representing: Chase Bank USA N.A. | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-0913** | | | | **Credit card purchases** | | | | |
| **Chase Bank USA N.A.** **ATTN: Legal Dept.** **131 S. Dearborn St, 5th Floor** **Chicago, IL 60603** | | J | | | | | | **500.00** |
| Account No. **xxxx-xxxx-xxxx-1830** | | | | **Credit card purchases** | | | | |
| **Chase Bank USA N.A.** **ATTN: Legal Dept.** **131 S. Dearborn St, 5th Floor** **Chicago, IL 60603** | | J | | | | | | **500.00** |
| Account No. **xxxx-xxxx-xxxx-5660** | | | | **Credit card purchases** | | | | |
| **Chase Bank USA N.A.** **ATTN: Legal Dept.** **131 S. Dearborn St, 5th Floor** **Chicago, IL 60603** | | J | | | | | | **500.00** |

Sheet no. __8__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,548.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
  **Zeenath Ahmed**                                           Case No. _____
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3198** <br><br> **Chase Bank USA N.A.** <br>**ATTN: Legal Dept.** <br>**131 S. Dearborn St, 5th Floor** <br>**Chicago, IL 60603** | | J | **Credit card purchases** | | | | 500.00 |
| Account No. **xxxxxxxxxxxx7796** <br><br> **Chase Bank USA N.A.** <br>**ATTN: Legal Dept.** <br>**131 S. Dearborn St, 5th Floor** <br>**Chicago, IL 60603** | | J | **Credit card purchases** | | | | 500.00 |
| Account No. **xxxxxxxxxxxxxx5386** <br><br> **Chase Bank USA N.A.** <br>**ATTN: Legal Dept.** <br>**131 S. Dearborn St, 5th Floor** <br>**Chicago, IL 60603** | | J | **Credit card purchases** | | | | 569.00 |
| Account No. <br><br> **Capital Management Services, Inc.** <br>**726 Exchange Street, Suite 700** <br>**Buffalo, NY 14210** | | | **Representing:** <br>**Chase Bank USA N.A.** | | | | Notice Only |
| Account No. **xxxxxxxxxxxx1321** <br><br> **Citi Financial Mortgage** <br>**Attention: Bankruptcy Department** <br>**Po Box 140069** <br>**Irving, TX 75014** | | H | **Opened 10/01/04 Last Active 8/08/06** <br>**ChargeAccount** | | | | 3,917.00 |

Sheet no. __9__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,486.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx7946** | | | | **Opened 10/01/04  Last Active  8/08/06 ChargeAccount** | | | | |
| **Citibank** **Po Box 22066** **Tempe, AZ 85285** | | H | | | | | | |
| | | | | | | | | **3,917.00** |
| Account No. **xxxx-xxxx-xxxx-4072** | | | | **Credit card purchases** | | | | |
| **Citibank** **Citicorp Credit Services, Inc.** **7920 NW 110th Street** **Kansas City, MO 64153** | | J | | | | | | |
| | | | | | | | | **200.00** |
| Account No. **xxxx-xxxx-xxxx-3920** | | | | **Credit card purchases** | | | | |
| **Citibank** **Citicorp Credit Services, Inc.** **7920 NW 110th Street** **Kansas City, MO 64153** | | J | | | | | | |
| | | | | | | | | **45,711.00** |
| Account No. | | | | | | | | |
| **Associated Recovery Systems** **PO Box 469046** **Escondido, CA 92046** | | | | **Representing:** **Citibank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **United Recovery Systems** **PO Box 722929** **Houston, TX 77272-2929** | | | | **Representing:** **Citibank** | | | | **Notice Only** |

| Sheet no. __**10**__ of __**36**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **49,828.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
     **Zeenath Ahmed**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx6217 <br><br> **Citicorp Credit Services** <br> **PO Box 6404** <br> **Sioux Falls, SD 57117** | | J | **Credit card purchases** | | | | **5,937.00** |
| Account No. <br><br> **Oxford Management Services** <br> **135 Maxess Road, Suite 2A** <br> **Melville, NY 11747** | | | **Representing:** <br> **Citicorp Credit Services** | | | | **Notice Only** |
| Account No. <br><br> **Oxford Management Services** <br> **P.O. Box 150479** <br> **Hartford, CT 06115-0479** | | | **Representing:** <br> **Citicorp Credit Services** | | | | **Notice Only** |
| Account No. xxxx5135 <br><br> **City National Bank** <br> **Attn: Bankruptcy** <br> **Po Box 785057** <br> **Orlando, FL 32878** | | J | **Opened 9/01/04 Last Active 5/27/08** <br> **Deficiency** | | | | **326,771.00** |
| Account No. <br><br> **Ocwen Federal Bank FSB** <br> **12650 Ingenuity Drive** <br> **Orlando, FL 32826** | | | **Representing:** <br> **City National Bank** | | | | **Notice Only** |

Sheet no. __11__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **332,708.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
        **Zeenath Ahmed**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ocwen Loan Servicing, LLC**<br>**Attention Bankruptcy**<br>**P.O. Box 785057**<br>**Orlando, FL 32878-5057** | | | **Representing:**<br>**City National Bank** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxxxxxxxxxx2900** <br><br>**Comcast**<br>**PO Box 3002**<br>**Southeastern, PA 19398-3002** | | J | **Goods or Services** | | | | **300.00** |
| Account No. <br><br>**Credit Protections Association**<br>**13355 Noel Rd., Suite 2100**<br>**Dallas, TX 75240** | | | **Representing:**<br>**Comcast** | | | | **Notice Only** |
| Account No. <br><br>**ComEd**<br>**P.O.Box 6111**<br>**Carol Stream, IL 60197-6111** | | J | **Notice Only** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx8656** <br><br>**Credit One Bank**<br>**Po Box 98875**<br>**Las Vegas, NV 89193** | | J | **Opened  4/01/08  Last Active 7/10/08**<br>**CreditCard** | | | | **855.00** |

Sheet no. __**12**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,155.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
        **Zeenath Ahmed**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**RPM**<br>**P.O. Box 1548**<br>**Lynnwood, WA 98036-1548** | | | | **Representing:**<br>**Credit One Bank** | | | | **Notice Only** |
| Account No. **1540**<br><br>**Dental Store**<br>**1061 S. Roselle Rd.**<br>**Schaumburg, IL 60193** | | J | | **Medical or Dental Services** | | | | **316.00** |
| Account No. <br><br>**DENTISTRY FOR ALL AGES, INC.**<br>**ATTN: THOMAS R LEISCHNER**<br>**403 E STONE AVE**<br>**ADDISON, IL 60101** | | J | | **Medical or Dental Services** | | | | **914.00** |
| Account No. <br><br>**Dentistry for All Ages**<br>**660 Biesterfield Rd, #800**<br>**Elk Grove Village, IL 60007** | | | | **Representing:**<br>**DENTISTRY FOR ALL AGES, INC.** | | | | **Notice Only** |
| Account No. <br><br>**Mages & Price**<br>**Attorney At Law**<br>**707 Lake Cook Road, Suite 314**<br>**Deerfield, IL 60015** | | | | **Representing:**<br>**DENTISTRY FOR ALL AGES, INC.** | | | | **Notice Only** |

Sheet no. __**13**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,230.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**  
　　　**Zeenath Ahmed**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deutsche Bank Trust Company**<br>**60 Wall Street**<br>**New York, NY 10005** | | J | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Deutsche Bank Trust Company**<br>**1011 Centre Road, Suite 200**<br>**Wilmington, DE 19805** | | | **Representing:**<br>**Deutsche Bank Trust Company** | | | | **Notice Only** |
| Account No.<br><br>**Fisher & Shapiro LLC**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062** | | | **Representing:**<br>**Deutsche Bank Trust Company** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx9953<br><br>**Discover Financial Services**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197** | | J | **Opened 12/01/04  Last Active  7/13/08**<br>**CreditCard** | | | | **23,453.00** |
| Account No.<br><br>**Baker & Miller**<br>**29 N Wacker Dr., 5th Floor**<br>**Chicago, IL 60606** | | | **Representing:**<br>**Discover Financial Services** | | | | **Notice Only** |

Sheet no. __**14**__ of __**36**__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **23,453.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx5162<br><br>**Distinctive Dental Care**<br>**626 N. Addison Rd.**<br>**Villa Park, IL 60181** | | J | **Medical or Dental Services** | | | | 580.00 |
| Account No.<br><br>**Transworld Systems Inc.**<br>**25 Northwest Point Blvd., Ste. 750**<br>**Elk Grove Village, IL 60007** | | | **Representing:**<br>**Distinctive Dental Care** | | | | Notice Only |
| Account No.<br><br>**Dr. Al-Kunani**<br>**1260 W. Higgins Rd.**<br>**Hoffman Estates, IL 60169** | | J | **Notice Only** | | | | 0.00 |
| Account No.<br><br>**Dr. Joyce Clark**<br>**1260 W. Higgins Rd.**<br>**Hoffman Estates, IL 60169** | | J | **Notice Only** | | | | 0.00 |
| Account No. xx0002<br><br>**Dr. Ross Fraser**<br>**7627 Lake St., Suite 200**<br>**River Forest, IL 60305** | | J | **Medical or Dental Services** | | | | 138.00 |

Sheet no. __15__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

718.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple accounts** <br><br> **Elk Grove Lab Physicians PC** <br> **Dept 77-9154** <br> **Chicago, IL 60678-0001** | | J | **Medical or Dental Services** | | | | **200.00** |
| Account No. **Multiple accounts** <br><br> **Elk Grove Radiology** <br> **c/o ICS Collection Services** <br> **PO Box 1010** <br> **Tinley Park, IL 60477** | | J | **Medical or Dental Services** | | | | **350.00** |
| Account No. <br><br> **ICS, Inc.** <br> **PO Box 646** <br> **Oak Lawn, IL 60454** | | | **Representing:** <br> **Elk Grove Radiology** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx6217** <br><br> **Expo/CBSD** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | J | **Opened 1/01/05 Last Active 3/25/07 ChargeAccount** | | | | **6,045.00** |
| Account No. **xxxx-xxxx-xxxx-0043** <br><br> **FCC National Bank** <br> **10 S. LaSalle St, #900** <br> **Chicago, IL 60603** | | J | **Credit card purchases** | | | | **1,462.00** |

Sheet no. __16__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,057.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**
Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: | | | | |
| **Merchants Credit Guide** **223 W Jackson Blvd Ste 400** **Chicago, IL 60606** | | | | **FCC National Bank** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx6907 | | | | Opened 10/01/06  Last Active  7/02/08 CreditCard | | | | |
| **Fifth Third Bank** **5050 Kingsley Dr Md 1moc2g** **Cincinnati, OH 45263** | | H | | | | | | **16,555.00** |
| Account No. | | | | Representing: | | | | |
| **Markoff & Krasny** **29 N. Wacker** **5th Floor** **Chicago, IL 60606** | | | | **Fifth Third Bank** | | | | **Notice Only** |
| Account No. xxxxxxxxxxxx2948 | | | | Opened  9/01/08  Last Active 12/18/08 CreditCard | | | | |
| **First Premier Bank** **3820 N Louise Ave** **Sioux Falls, SD 57107** | | H | | | | | | **560.00** |
| Account No. xxxxxxxxxxxx1811 | | | | Opened  7/01/08  Last Active 10/13/08 CreditCard | | | | |
| **First Premier Bank** **3820 N Louise Ave** **Sioux Falls, SD 57107** | | J | | | | | | **508.00** |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,623.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
     **Zeenath Ahmed**

Case No. _____

                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1761** <br><br> **Ford Motor Credit Company** <br> **Ford Credit National Bankruptcy Ctr** <br> **PO Box 537901** <br> **Livonia, MI 48153-7901** | | J | | **Notice Only** | | | | **0.00** |
| Account No. <br><br> **Freedman Anselmo Lindberg and** <br> **1807 W. Diehl Rd., Suite 333** <br> **PO Box 3228** <br> **Naperville, IL 60566-7107** | | | | **Representing:** <br> **Ford Motor Credit Company** | | | | **Notice Only** |
| Account No. **xxx7256** <br><br> **GMAC** <br> **2740 Arthur Street** <br> **Roseville, MN 55113** | | J | | **Deficiency** | | | | **26,488.00** |
| Account No. <br><br> **Ally Automotive Financing** <br> **P. O. Box 380901** <br> **Minneapolis, MN 55438** | | | | **Representing:** <br> **GMAC** | | | | **Notice Only** |
| Account No. <br><br> **Ally Bank Customer Care** <br> **P.O. Box 951** <br> **Horsham, PA 19044** | | | | **Representing:** <br> **GMAC** | | | | **Notice Only** |

Sheet no. __**18**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,488.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Leading Edge Recovery** **5440 N. Cumberland Ave., Suite 300** **Chicago, IL 60656-1490** | | | | Representing: GMAC | | | | **Notice Only** |
| Account No. **xxxxxxxx1236** | | | | Deficiency | | | | |
| **GMAC** **2740 Arthur Street** **Roseville, MN 55113** | | J | | | | | | **35,853.00** |
| Account No. | | | | | | | | |
| **Ally Automotive Financing** **P. O. Box 380901** **Minneapolis, MN 55438** | | | | Representing: GMAC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Ally Bank Customer Care** **P.O. Box 951** **Horsham, PA 19044** | | | | Representing: GMAC | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **United Recovery Systems** **PO Box 722929** **Houston, TX 77272-2929** | | | | Representing: GMAC | | | | **Notice Only** |

Sheet no. __**19**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**35,853.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**
                                                                    Case No. _____
_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6708** | | | **Debt Owed** | | | | |
| **GMAC Mortgage**<br>**PO Box 9001719**<br>**Louisville, KY 40290** | | J | | | | | **50,587.00** |
| Account No. | | | | | | | |
| **GMAC Mortgage Corp**<br>**3451 Hammond Ave.**<br>**Waterloo, IA 50702-5345** | | | Representing:<br>GMAC Mortgage | | | | **Notice Only** |
| Account No. | | | | | | | |
| **GMAC Mortgage, LLC**<br>**P.O. Box 780**<br>**Waterloo, IA 50704** | | | Representing:<br>GMAC Mortgage | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Specialized Loan Servicing**<br>**8742 Lucent Blvd., Suite 300**<br>**Highlands Ranch, CO 80129** | | | Representing:<br>GMAC Mortgage | | | | **Notice Only** |
| Account No. | | | **Notice Only** | | | | |
| **Goodman, Weiss & Cash**<br>**810 Biesterfield, Suite 505**<br>**Elk Grove Village, IL 60007** | | J | | | | | **0.00** |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **50,587.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
　　　 **Zeenath Ahmed**                                                Case No. _____

                                                                    ,
                          Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                          (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5754** <br><br> **Harvard Collection** <br> **4839 N Elston Ave** <br> **Chicago, IL 60630** | | J | Opened  9/01/07 <br> CollectionAttorney Elk Grove Lab Physicians P.C | | | | 165.00 |
| Account No. **xxx2827** <br><br> **Harvard Collection** <br> **4839 N Elston Ave** <br> **Chicago, IL 60630** | | J | Opened  8/01/05 <br> CollectionAttorney Elk Grove Lab Physicians P.C | | | | 103.00 |
| Account No. **xxxx-xxxx-xxxx-9400** <br><br> **HSBC** <br> **Attn:  Bankruptcy** <br> **PO Box 5213** <br> **Carol Stream, IL 60197** | | J | Credit card purchases | | | | 6,134.00 |
| Account No. <br><br> **LHR Inc.** <br> **56 Main Street** <br> **Hamburg, NY 14075** | | | Representing: <br> HSBC | | | | Notice Only |
| Account No. <br><br> **NCB Management Goods or Services In** <br> **PO Box 1099** <br> **Langhorne, PA 19047** | | | Representing: <br> HSBC | | | | Notice Only |

Sheet no. __21__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      6,402.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Phillips & Cohen Assoc.** **1002 Justison Street** **Wilmington, DE 19801** | | | HSBC | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx9238** | | | Credit card purchases | | | | |
| **HSBC** **Attn: Bankruptcy** **PO Box 5213** **Carol Stream, IL 60197** | | J | | | | | **6,035.00** |
| Account No. **xxxxxxxxxxxx4144** | | | Opened 4/01/08 Last Active 9/25/08 CreditCard | | | | |
| **HSBC NV/GM Card** **Attn: Bankruptcy** **Po Box 5213** **Carol Stream, IL 60197** | | H | | | | | **3,384.00** |
| Account No. | | | Representing: | | | | |
| **Blatt, Hasenmiller, Leibsker et al** **125 S. Wacker Drive, Suite 400** **Chicago, IL 60606** | | | HSBC NV/GM Card | | | | **Notice Only** |
| Account No. | | | Representing: | | | | |
| **NCB Management Goods or Services In** **PO Box 1099** **Langhorne, PA 19047** | | | HSBC NV/GM Card | | | | **Notice Only** |

Sheet no. __22__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,419.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**
                                                                Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx2353 <br><br> HSBC/Best Buy <br> Attn: Bankruptcy <br> Po Box 5263 <br> Carol Stream, IL 60197 | | H | Opened 4/04/02 Last Active 7/01/08 ChargeAccount | | | | 6,232.00 |
| Account No. <br><br> Corporate Receivables <br> PO Box 32995 <br> Phoenix, AZ 85064 | | | Representing: <br> HSBC/Best Buy | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-7009 <br><br> Juniper Bank <br> PO Box 13337 <br> Philadelphia, PA 19101-3337 | | J | Credit card purchases | | | | 1,110.00 |
| Account No. <br><br> Northstar Location Services <br> 4285 Genesee St <br> Cheektowaga, NY 14225 | | | Representing: <br> Juniper Bank | | | | Notice Only |
| Account No. xxxx4412 <br><br> LCA Collections <br> PO Box 2240 <br> Burlington, NC 27216 | | J | Collection for Comprehensive Women's Care | | | | 121.00 |

Sheet no. __23__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,463.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**
_____,
                         Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2202**<br><br>**Loyola Medical Center**<br>**2160 S. 1st Ave**<br>**Maywood, IL 60153** | | J | **Medical or Dental Services** | | | | **50.00** |
| Account No.<br><br>**NWCC**<br>**815 Commerce Dr**<br>**Oak Brook, IL 60523** | | | **Representing:**<br>**Loyola Medical Center** | | | | **Notice Only** |
| Account No.<br><br>**Loyola Primary Care**<br>**2166 Gladstone Ct.**<br>**Glendale Heights, IL 60139** | | J | **Notice Only** | | | | **0.00** |
| Account No. **xxx7781**<br><br>**Loyola University Physician Foundat**<br>**P.O.Box 6559**<br>**Carol Stream, IL 60197-6559** | | J | **Medical or Dental Services** | | | | **88.00** |
| Account No.<br><br>**ICS**<br>**PO Box 1010**<br>**Tinley Park, IL 60477-9110** | | | **Representing:**<br>**Loyola University Physician Foundat** | | | | **Notice Only** |

Sheet no. __24__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**138.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Loyola University Physicians Fdn.** **PO Box 98418** **Chicago, IL 60693** | | | Representing: **Loyola University Physician Foundat** | | | | **Notice Only** |
| Account No. xxxxxxxxxxx8082 | | H | Opened 2/01/09 **Collection for Citibank Sears Great Indoors** | | | | |
| **LVNV Funding LLC** **Po Box 740281** **Houston, TX 77274** | | | | | | | 7,898.00 |
| Account No. xxxxxxxxxxx8656 | | J | Opened 3/01/09 **Collection for First National Bank of Marin** | | | | |
| **LVNV Funding LLC** **Po Box 740281** **Houston, TX 77274** | | | | | | | 946.00 |
| Account No. xxxx2737 | | H | Opened 6/01/08 Last Active 3/23/09 **Deficiency** | | | | |
| **Mazda American Credit** **Po Box 537901** **Livonia, MI 48153** | | | | | | | 8,860.00 |
| Account No. xxxxx0106 | | J | Medical or Dental Services | | | | |
| **Mea Elk Grove Village** **800 Biesterfield Road** **Elk Grove Village, IL 60007** | | | | | | | 373.00 |

Sheet no. __25__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,077.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**　　　　　　　　　　　Case No. _____
**Zeenath Ahmed**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx0495**<br><br>**Merchants Credit Guide**<br>**223 W Jackson St**<br>**Chicago, IL 60606** | | J | | **Med1 02 Radiological Consultants Of** | | | | **60.00** |
| Account No. **xxxxxx9446**<br><br>**Midland Credit Management**<br>**Po Box 939019**<br>**San Diego, CA 92193** | | H | | **Opened 10/01/10**<br>**Collection for Chase Bank USA  N.A.** | | | | **12,744.00** |
| Account No.<br><br>**Northstar Location Services**<br>**4285 Genesee St**<br>**Cheektowaga, NY 14225** | | | | **Representing:**<br>**Midland Credit Management** | | | | **Notice Only** |
| Account No. **xxxxxx9136**<br><br>**Midland Credit Management**<br>**Po Box 939019**<br>**San Diego, CA 92193** | | J | | **Opened 12/01/10**<br>**Collection for Bank Of America** | | | | **933.00** |
| Account No.<br><br>**Midwest Bank & Trust**<br>**1606 N. Harlem**<br>**Elmwood Park, IL 60635** | | J | | **Notice Only** | | | X | **0.00** |

Sheet no. __26__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,737.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Crowley & Lamb PC** **350 N. LaSalle Street, Suite 900** **Chicago, IL 60610** | | | Representing: **Midwest Bank & Trust** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **First Merit Bank** **PO Box 148** **Akron, OH 44309-0148** | | | Representing: **Midwest Bank & Trust** | | | | **Notice Only** |
| Account No. **xxx1808** | | | **Med1 Alexian Brothers Medical Cente** | | | | |
| **Miramedrg** **991 Oak Creek Dr** **Lombard, IL 60148** | | J | | | | | **75.00** |
| Account No. | | | **Debt Owed** | | | | |
| **National Check Bureau, Inc.** **10625 Techwoods Circle** **Cincinnati, OH 45242** | | J | | | | | **1,579.00** |
| Account No. | | | | | | | |
| **Susan D. Appel** **10615 Techwoods Circle** **Cincinnati, OH 45242** | | | Representing: **National Check Bureau, Inc.** | | | | **Notice Only** |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,654.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**                    Case No. _____
        **Zeenath Ahmed**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx0086**<br><br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | | **Opened 7/01/09**<br>**Collection for NCO/Assignee of WFNNB** | | | | **7,380.00** |
| Account No. **xxxxxxxxxx4720**<br><br>**Neopath, SC**<br>**250 E. 22nd Street**<br>**Lombard, IL 60148** | | J | | **Medical or Dental Services** | | | | **84.00** |
| Account No.<br><br>**Neopath, SC**<br>**520 E. 22nd Street**<br>**Lombard, IL 60148** | | | | **Representing:**<br>**Neopath, SC** | | | | **Notice Only** |
| Account No. **xxxxx9853**<br><br>**Nicor Gas**<br>**Attention: Bankruptcy Department**<br>**Po Box 190**<br>**Aurora, IL 60507** | | H | | **Opened 10/15/09 Last Active 3/01/11**<br>**Utility** | | | | **242.00** |
| Account No.<br><br>**First Revenue Assurance**<br>**P.O. Box 3020**<br>**Albuquerque, NM 87190** | | | | **Representing:**<br>**Nicor Gas** | | | | **Notice Only** |

Sheet no. __**28**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **7,706.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**  **Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2780** <br><br> **Northwest Collectors** <br> **3601 Algonquin Rd Suite 500** <br> **Rolling Meadows, IL 60008** | | J | Opened 10/01/10 <br> CollectionAttorney Physician Anesthesia Associate | | | | 175.00 |
| Account No. **Multiple accounts** <br><br> **Northwest Rheamatology** <br> **800 Biesterfield Rd., Suite 4003** <br> **Elk Grove Village, IL 60007** | | J | Medical or Dental Services | | | | 300.00 |
| Account No. <br><br> **Orkin** <br> **133 W. River Rd.** <br> **Elgin, IL 60123-1655** | | J | Debt Owed | | | | 250.00 |
| Account No. **x1042** <br><br> **Orsini** <br> **1111 Nicholas Blvd.** <br> **Elk Grove Village, IL 60007** | | J | Medical or Dental Services | | | | 316.00 |
| Account No. <br><br> **Prafulla Koneru** <br> **1555 N. Barrington Rd., Suite 540** <br> **Hoffman Estates, IL 60169** | | J | Notice Only | | | | 0.00 |

Sheet no. __**29**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,041.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Prerana Panchal** <br> **901 Biesterfield, Suite 207** <br> **Elk Grove Village, IL 60007** | | J | **Notice Only** | | | | 0.00 |
| Account No. **xxxxxxxx9432** <br><br> **Provena St. Joseph Hospital** <br> **77 North Airlite Street** <br> **Elgin, IL 60123-4912** | | J | **Medical/Dental Services** | | | | 75.00 |
| Account No. **Multiple accounts** <br><br> **Quest Diagnositics Inc** <br> **P.O.Box 64500** <br> **Baltimore, MD 21264-4500** | | J | **Medical or Dental Services** | | | | 300.00 |
| Account No. <br><br> **QUEST DIAGNOSTICS LLC** <br> **NATIONAL REGISTERED AGENTS INC** <br> **200 WEST ADAMS STREET** <br> **CHICAGO, IL 60606** | | | **Representing:** <br> **Quest Diagnositics Inc** | | | | **Notice Only** |
| Account No. **Multiple accounts** <br><br> **Radiological Consultants Woodstock** <br> **36311 Treasury Center** <br> **Chicago, IL 60694** | | J | **Medical or Dental Services** | | | | 470.00 |

Sheet no. __30__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

845.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx7977** <br><br> **Radiology Imaging** <br> **P.O. Box 1886** <br> **Harvey, IL 60426** | | J | | Medical or Dental Services | | | | 30.00 |
| Account No. <br><br> **Rage Management** <br> **1450 Plymouth Ln** <br> **Elgin, IL 60123** | | J | | Debt Owed | | | | 500.00 |
| Account No. **xxxxxx1000** <br><br> **SBC** <br> **Law Department** <br> **225 W. Randolph, Suite 27A** <br> **Chicago, IL 60606** | | J | | Utility | | | | 154.00 |
| Account No. <br><br> **Risk Management Alternatives** <br> **1330 Broadway, Suite 310** <br> **Oakland, CA 94612** | | | | Representing: <br> SBC | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-8082** <br><br> **Sears** <br> **Citicorp Credit Services** <br> **PO Box 20363** <br> **Kansas City, MO 64195-0363** | | J | | Credit card purchases | | | | 7,338.00 |

Sheet no. __31__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,022.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
**Zeenath Ahmed**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Creditors Financial Group** <br> **PO Box 440290** <br> **Aurora, CO 80044** | | | Representing: <br> **Sears** | | | | **Notice Only** |
| Account No. <br><br> **Portfolio Recoveries** <br> **PO Box 12914** <br> **Norfolk, VA 23541** | | | Representing: <br> **Sears** | | | | **Notice Only** |
| Account No. **xxxxxxxxxx0624** <br><br> **Sheer Cover** <br> **P.O. Box 11448** <br> **Des Moines, IA 50330-1448** | | J | **Goods or Services** | | | | **93.00** |
| Account No. <br><br> **SKO Brenner American** <br> **40 Daniel Street** <br> **Farmingdale, NY 11735** | | | Representing: <br> **Sheer Cover** | | | | **Notice Only** |
| Account No. **2113** <br><br> **Summers & Lambrov Pediatrics** <br> **2010 Arlington Heights Rd., Suite 2** <br> **Arlington Heights, IL 60005** | | J | **Medical or Dental Services** | | | | **50.00** |

Sheet no. __32__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**143.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
       **Zeenath Ahmed**

Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx8768** | | | | **Goods or Services** | | | | |
| **T-Mobile** **ATTN:  Bankruptcy** **PO Box 53410** **Bellevue, WA 98015** | | J | | | | | | 180.00 |
| Account No. | | | | **Debt Owed** | | | | |
| **Unifund CCR Partners** **10625 Techwoods Circle** **Cincinnati, OH 45242** | | J | | | | | | 769.00 |
| Account No. | | | | **Representing:** **Unifund CCR Partners** | | | | |
| **Arthur B. Adler & Associates** **25 E. Washington St., Ste. 500** **Chicago, IL 60602-1702** | | | | | | | | Notice Only |
| Account No. **xxxxx2820** | | | | **Goods or Services** | | | | |
| **US Cellular** **PO Box 0203** **Palatine, IL 60055** | | J | | | | | | 13.00 |
| Account No. **xxxxxx4191** | | | | **Opened 10/01/98  Last Active  3/31/11** **Educational** | | | | |
| **US Dept of Education** **Attn: Borrowers Service Dept** **Po Box 5609** **Greenville, TX 75403** | | J | | | | | | 3,617.00 |

Sheet no. __33__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,579.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
      **Zeenath Ahmed**                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**US Weekly**<br>**PO Box 8253**<br>**Red Oak, IA 51591-1253** | | J | Subscription/Membership | | | | 51.00 |
| Account No. **Multiple accounts**<br><br>**Village of Carpentersville**<br>**1200 Besinger Dr.**<br>**Carpentersville, IL 60110** | | J | Medical or Dental Services | | | | 550.00 |
| Account No.<br><br>**ACC International**<br>**919 Estes Court**<br>**Schaumburg, IL 60193-4436** | | | Representing:<br>Village of Carpentersville | | | | Notice Only |
| Account No. **xxxxxxxxxxxx9095**<br><br>**WFNNB/Roomplace**<br>**Po Box 2974**<br>**Shawnee Mission, KS 66201** | | H | Opened 2/11/06 Last Active 5/03/08<br>ChargeAccount | | | | 6,754.00 |
| Account No.<br><br>**Source Receivables**<br>**3859 Battleground Ave.**<br>**#303**<br>**Greensboro, NC 27410** | | | Representing:<br>WFNNB/Roomplace | | | | Notice Only |

Sheet no. __34__ of __36__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)        | 7,355.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Mahmoud Mohamed Ahmed,**
     **Zeenath Ahmed**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx3438 <br><br> WFNNB/Z Gallerie <br> Po Box 182789 <br> Columbus, OH 43218 | | J | | Opened  6/01/08  Last Active 12/18/08 ChargeAccount | | | | 3,073.00 |
| Account No. <br><br> Weltman, Weinberg & Reis <br> 180 N LaSalle St., Ste 2400 <br> Chicago, IL 60601 | | | | Representing: <br> WFNNB/Z Gallerie | | | | Notice Only |
| Account No. <br><br> Women's Doc <br> 1585 Barrington Rd. <br> Hoffman Estates, IL 60169 | | J | | Notice Only | | | | 0.00 |
| Account No. <br><br> Women's Doc <br> 20 Executive Ct. <br> South Barrington, IL 60010 | | | | Representing: <br> Women's Doc | | | | Notice Only |
| Account No. xxxxxxx7390 <br><br> XM Satellite Radio <br> P.O. Box 8306205 <br> Baltimore, MD 21283-0205 | | J | | Goods or Services | | | | 28.00 |

Sheet no. __35__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,101.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mahmoud Mohamed Ahmed,**
    **Zeenath Ahmed**                              Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **XO Communications** <br> **PO Box 60000** <br> **San Francisco, CA 94160** | | | Representing: <br> XM Satellite Radio | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __36__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal | **0.00**
       (Total of this page) |

                  Total | **765,463.00**
(Report on Summary of Schedules) |

B6G (Official Form 6G) (12/07)

.

In re **Mahmoud Mohamed Ahmed,**      Case No. _____
    **Zeenath Ahmed**
_____,
                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re **Mahmoud Mohamed Ahmed,**                                    Case No. _____
**Zeenath Ahmed**

_____,
Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Babak B. Keissami**<br>**1714 W. Superior St., Apt. 2W**<br>**Chicago, IL 60622** | **MB Financial Bank**<br>**1200 N. Ashland Avenue**<br>**Chicago, IL 60637** |
| **Maged A. Elgazzar**<br>**1621 Mozart St., Apt. 3N**<br>**Chicago, IL 60647** | **MB Financial Bank**<br>**1200 N. Ashland Avenue**<br>**Chicago, IL 60637** |
| **Miriam Mansour a/k/a Miriam Meah**<br>**1900 Middleton Ave.**<br>**Lisle, IL 60532** | **MB Financial Bank**<br>**1200 N. Ashland Avenue**<br>**Chicago, IL 60637** |
| **Shaista Jan a/k/a Shaista Mehboob**<br>**2W Pheasant Trail, 21A**<br>**Lake in the Hills, IL 60156** | **MB Financial Bank**<br>**1200 N. Ashland Avenue**<br>**Chicago, IL 60637** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Mahmoud Mohamed Ahmed**
**Zeenath Ahmed**                                                    Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**1**<br>**4.5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Customer service** | |
| Name of Employer | **Walmart** | |
| How long employed | **1 year** | |
| Address of Employer | **930 Mt. Prospect Plaza**<br>**Mount Prospect, IL 60056** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **1,267.72** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **1,267.72** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **101.68** | $ **0.00** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): **Sams Advan Crd** | $ **3.32** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **105.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **1,162.72** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): **Disability** | $ **1,921.89** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **1,921.89** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **3,084.61** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,084.61** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re | **Mahmoud Mohamed Ahmed**
      | **Zeenath Ahmed** | Case No.
      | Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,250.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 240.00 |
| b. Water and sewer | $ | 60.00 |
| c. Telephone | $ | 0.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 125.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 175.00 |
| 8. Transportation (not including car payments) | $ | 220.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 45.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   **Student loan** | $ | 50.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Haircuts / Personal Care** | $ | 100.00 |
| Other   **Tuition/school expenses** | $ | 97.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,082.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,084.61 |
| b. Average monthly expenses from Line 18 above | $ | 3,082.00 |
| c. Monthly net income (a. minus b.) | $ | 2.61 |

B6J (Official Form 6J) (12/07)

In re **Mahmoud Mohamed Ahmed**
     **Zeenath Ahmed**                                          Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell phones** | $ | **80.00** |
| **Internet** | $ | **45.00** |
| **Total Other Utility Expenditures** | $ | **125.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Mahmoud Mohamed Ahmed**
**Zeenath Ahmed** _____

                                Debtor(s)

Case No. _____

Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **51**  
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 29, 2011** _____      Signature    **/s/ Mahmoud Mohamed Ahmed** _____
                                                          **Mahmoud Mohamed Ahmed**
                                                          Debtor

Date   **April 29, 2011** _____      Signature    **/s/ Zeenath Ahmed** _____
                                                          **Zeenath Ahmed**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Mahmoud Mohamed Ahmed**
**Zeenath Ahmed**

Case No. _____

Debtor(s)

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $5,400.00 | 2011 YTD: Husband Employment Income |
| $8,993.00 | 2010: Husband Employment Income |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,792.00 | 2010: Husband Unemployment |

| AMOUNT | SOURCE |
|--------|--------|
| **$34,445.00** | **2009: Husband Unemployment** |
| **$7,688.00** | **2011 YTD: Wife Disability** |
| **$23,063.00** | **2010: Wife Disability** |
| **$23,063.00** | **2009: Wife Disability** |

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Unifund CCR Partners v. Zeenath Khan, Case No. 2006 SC 003951** | **Collection** | **Circuit Court of Kane County** | **Judgment for plaintiff** |
| **Chase Bank USA NA v. Mahmoud Ahmed, Case No. 2008-M1-156387** | **Collection** | **Circuit Court of Cook County** | **Pending** |
| **Midwest Bank Trust Co. v. 1119 W. Condominium et al., Case No. 2008 CH 40509** | **Foreclosure** | **Circuit Court of Cook County** | **Judgment for plaintiff** |
| **Broadway Bank et al. v. 1119 Grand, LLC et al., Case No. 2009-CH-22797** | **Foreclosure** | **Circuit Court of Cook County** | **Judgment for plaintiff** |
| **Discover Bank v. Mahmoud M. Ahmed, Case No. 09 AR 894** | **Collection** | **Circuit Court of Kane County** | **Judgment for plaintiff** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **HSBC Nevada v. Mahmoud Ahmed, Case No. 09 SC 3755** | **Collection** | **Circuit Court of Kane County** | **Judgment for plaintiff** |
| **Ford Motor Credit Co. v. Mahmoud M. Ahmed, Case No. 2009-M1-175961** | **Collection** | **Circuit Court of Cook County** | **Judgment for plaintiff** |
| **Capital One Bank v. Zeenath Khan, Case No. 2010 SC 005014** | **Collection** | **Circuit Court of Kane County** | **Judgment for plaintiff** |
| **Capstone Financial LLC v. Zeenath Khan, Case No. 2010 SC 000800** | **Collection** | **Circuit Court of Kane County** | **Judgment for plaintiff** |
| **Dentistry for All v. Mahmoud Ahmed & Zeenath Ahmed, Case No. 2010-M3-001832** | **Collection** | **Circuit Court of Cook County** | **Judgment for plaintiff** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5.  Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Deutsche Bank Trust Company 60 Wall Street New York, NY 10005** | **2009-10** | **6610 Majestic Way, Carpentersville, IL 60110** |

---

### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **LEDFORD & WU**<br>**200 S. Michigan Avenue, Suite 209**<br>**Chicago, IL 60604-2406** | **4/2011** | **$2,600.00** |
| **Greenpath Debt Solutions**<br>**38505 Country Club Drive, Suite 210**<br>**Farmington, MI 48331** | **4/2011** | **100** |
| **CIN Legal Data Services**<br>**4540 Honeywell Ct**<br>**Dayton, OH 45424** | **4/2011** | **$40** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1129 Hawthorne Ln, Elk Grove Village, IL 60007** | **Mahmoud Mohamed Ahmed Zeenath Ahmed** | **9/2009** |
| **15 N. Bokelman, #533, Roselle, IL 60172** | **Mahmoud Mohamed Ahmed Zeenath Ahmed** | **2008-09** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **1119 GRAND LLC** | **51-0666743** | **ATTN: BABAK KEISSAMI 1119 W GRAND AVE CHICAGO, IL 60622** | **Commercial real estate investment** | **1/2008-7/2009 (involuntarily dissolved)** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                              DATE ISSUED

### 20. Inventories

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                             NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                              RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **April 29, 2011**              Signature  **/s/ Mahmoud Mohamed Ahmed**
                                                 **Mahmoud Mohamed Ahmed**
                                                 Debtor

Date **April 29, 2011**              Signature  **/s/ Zeenath Ahmed**
                                                 **Zeenath Ahmed**
                                                 Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Mahmoud Mohamed Ahmed**
        **Zeenath Ahmed**
_____      Case No.  _____
                                  Debtor(s)   Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**MB Financial Bank** | **Describe Property Securing Debt:**<br>**1119 Grand Ave., Chicago, IL60642**<br>**(Mahmoud M. Ahmed has 1/5 interest** |

Property will be (check one):

■ Surrendered                □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES       □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**

Date  **April 29, 2011**          Signature  **/s/ Mahmoud Mohamed Ahmed**
_____                    _____
                                           **Mahmoud Mohamed Ahmed**
                                           Debtor

Date  **April 29, 2011**          Signature  **/s/ Zeenath Ahmed**
_____                    _____
                                           **Zeenath Ahmed**
                                           Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Mahmoud Mohamed Ahmed
Zeenath Ahmed**

Case No. _____

Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,600.00** |
| Prior to the filing of this statement I have received | $ | **2,600.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of bankruptcy petition; attending meeting of creditors; exemption planning; negotiation of reaffirmation agreements; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; motions for relief from stay**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Adversary proceedings; conversion; post-discharge litigation; appeals**
    **In a Chapter 7 case: redemption, judicial lien avoidance, amending a petition, list, schedule or statement postpetition not due to counsel's fault, and attending additional creditors' meetings due to the debtor's failure to appear at the first meeting without a good reason or prior notice.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **April 29, 2011**

    **/s/ Xiaoming Wu ARDC No.**
    **Xiaoming Wu ARDC No. 6274335**
    **LEDFORD & WU**
    **200 S. Michigan Avenue, Suite 209**
    **Chicago, IL 60604-2406**
    **(312) 294-4400  Fax: (312) 294-4410**
    **notice@ledfordwu.com**

# L&W

**LEDFORD & WU**

200 S. Michigan Ave., Suite 209, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

## CONSULTATION AGREEMENT

| FOR OFFICE USE |
| --- |
| Client No. 2-8707 |
| Interviewing Attorney: CW |
| Date: 4/12/11 |

### *THIS AGREEMENT IS REQUIRED BY FEDERAL LAW (11 U.S.C. § 528(a))*

1. **Parties**:  In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys.

2. **Purpose**: Client has requested the opportunity to consult with and obtain information and advice from Attorney concerning options for relief from debts, including filing bankruptcy.  This agreement is for purposes of that consultation only.

3. **Client's Duties**: In order for Attorney to give meaningful advice, Client agrees to give accurate, honest, full and fair disclosure of financial information concerning income over the past three years from all sources, monthly living expenses, the type and amount of all debts (including names and addresses of all creditors), all assets and property owned by the client, wherever located and by whomever held, and any additional information determined by Attorney to be relevant.

4. **Services**:  The attorney agrees to provide Client with the following services:

   a.  analyzing Client's financial circumstances based on information provided by Client;

   b.  to the extent possible, advising Client of bankruptcy options and non-bankruptcy options based on the information provided by Client;

   c.  if Client has not provided Attorney with sufficient information upon which to fully advise Client on Client's options, informing Client what additional information Client needs to provide in order to enable Attorney to provide such advice and information;

   d.  advising Client of the requirements placed upon Client to file a bankruptcy; and

   e.  to the extent possible, quoting a fee for providing bankruptcy assistance to Client

5. **Fees**:  Unless otherwise noted below, a consultation fee will be waived if Client decides not to retain Attorney, in which case the attorney-client relationship shall terminate at the conclusion of the interview.  In the event that Client decides to retain Attorney in order to file a bankruptcy case, a new written contract, and a Model Retention Agreement if applicable, must be signed by Client and Attorney, which shall supersede this agreement. The new agreement(s) will also provide a detailed explanation of the services to be performed by Attorney and a breakdown of the costs.

Note: Client agrees to pay $_____ in nonrefundable consultation fee.

6. **Acknowledgement**: Client acknowledges that the first date upon which Attorney provided any bankruptcy assistance to Client is the date noted above, and that Attorney provided Client with a copy of this agreement and the disclosure and information mandated by Section 527(b) of the Bankruptcy Code.

X _____   X _____   Date: 4/12/11

Copyright © 2010 Ledford & Wu

# L&W

200 S. Michigan Ave., Suite 201, Chicago, IL 60604
(312)294-4405  Fax: (312)294-4410

FOR OFFICE USE (7)
Client No.
Responsible attorney:

## ATTORNEY RETENTION CONTRACT

**1. Parties.** In this contract, "Client" means the undersigned, both individually and jointly; "Attorney" means the law firm of Ledford & Wu and its staff attorneys. This contract shall supersede any prior contracts and agreements between the parties to the extent of inconsistency.

**2. Services.** Client retains Attorney for the following services:
☑ Chapter 7 (liquidation)   ☐ Chapter 13 (debt adjustment)   ☐ Chapter 11 (reorganization)   ☐ Other (specify): _____

**3. Scope of Representation:**
(a) Attorney will counsel and represent Client in all aspects of the above matter(s) for the fee specified in Paragraph 4 EXCEPT:  (1) adversary proceedings; (2) § 722 redemption; (3) judicial lien avoidance; (4) post-discharge litigation; (5) appeals; (6) other: _____
(b) Attorney may agree, but is not obligated, to represent Client in the above excluded matters for an additional fee, to be agreed upon separately by the parties.

**4. Fees:**
☑ Chapter 7: $ 2600 (PLUS $299 filing fee (court cost)
☐ Chapter 13: $ _____ PLUS $274 filing fee (court cost) (an additional Model Retention Agreement may apply)
☐ Chapter 11 or ☐ Other (specify): _____): $ _____ . PLUS $_____ filing fee (court cost)
☑ Expenses: $ 140 (merged credit report, credit counseling, debtor education, postage and copying)
TOTAL: $ 2746 less retainer received: $ 2746 Fee balance: $ 0 To be paid by: _____
The legal fee is an ☑ advance payment retainer  ☐ security retainer  ☐ classic retainer, and is a flat fee unless otherwise stated. Attorney is unable to represent Client without receiving an advance payment retainer since a security retainer will be within the reach of Client's creditors. Should hourly billing be necessary, Attorney's billing rates are $300-$350/hour for senior partners, $250/hour for junior partners and associates, and $90/hour for law clerks. The filing fee and expenses are subject to change at any time. The billing rates are subject to an annual review and potential increase every calendar year.

The legal fee covers the initial consultation and all subsequent work. The case may be closed if the fees are not paid by the deadline. Additional legal fees and court costs may apply, and a separate contract may be required, in the event of extended evidentiary hearings, Rule 2004 examinations, audit, conversion from one chapter to another, amending a petition, list, schedule or statement post-filing not due to Attorney's fault, attending additional creditors' meetings, reopening of a closed case, unnecessary work caused by Client's delay, or any other fact not known to Attorney in writing at the time of the initial consultation that complicates the case. NSF checks will be assessed a $20 fee.

**5. Initial Consultation.** Client acknowledges that Attorney has explained the following (please initial):
_MA 2A_ The options of Chapter 7 and Chapter 13 and that Client has made the choice identified in Paragraph 2
_MA 2A_ The concepts of exemption, discharge and dischargeability, and pre-filing and post-filing procedures
_MA 2A_ The difference among various types of retainer and that Client has made the choice identified in Paragraph 4
_MA 2A_ *TIME IS OF THE ESSENCE. Any delay on Client's part may disqualify Client for the type of relief elected or otherwise adversely affect Client's case. Attorney may not be able to file the case, or take other necessary actions, until all requested documents and/or information, including but not limited to a certificate of credit counseling, are received by Attorney*
_MA 2A_ Other (specify): _____
Client understands that the advice given during the initial consultation is preliminary and based on the information available at the time, and may change as the case is further analyzed, more facts discovered, or Client's circumstances or the law changed.

**6. Client's Duties.** Client agrees, during the course of representation, to:
(a) provide Attorney with full, accurate and timely information, financial and otherwise;
(b) follow Attorney's procedures and cooperate with Attorney in providing requested documents;
(c) promptly inform Attorney of any change of address, phone number, e-mail address or employment, or activation of military duty;
(d) inform Attorney before buying, selling, refinancing or transferring any real property in which Client has any interest, and before incurring any new debt, including but not limited to applying for an auto loan, personal loan, payday loan or title loan, applying for a credit card or line of credit, or using an existing credit card or line of credit; and
(e) promptly inform Attorney if Client becomes entitled to an inheritance, an asset as a result of a property settlement agreement with Client's spouse or a divorce decree, life insurance proceeds, or a monetary judgment, award or settlement.

**7. Co-counsel.** Client understands that more than one attorney may work on this case. Where necessary, Client agrees to employ one or more of the following outside counsel, at Attorney's expense, to work on this case: Alexandra B. Lewycky, Kathleen W. Vaught, Christina M. L. Lass, Kelly M. Johnson, Wayne J. Skelton, Arturo P. Gonzalez, David L. Davitt, Gary C. Flanders, David Hall Carter, and_____.

**8. Termination.** Client may discharge Attorney at any time, subject to payment of any fee owed for the services already rendered. Attorney may terminate the representation as permitted by the Illinois Rules of Professional Conduct and Local Bankruptcy Rules. Any flat fee for a bankruptcy case is advance payment for future services, becomes Attorney's property upon receipt, and is nonrefundable upon filing of the petition. In the event the representation is terminated by either party before filing and Client has paid Attorney more than $300, Attorney will provide Client with a detailed itemization of the services rendered in support of any fee charged at the rate set forth in Paragraph 4, Client will reimburse Attorney for any expenses, including those that otherwise would be free of charge, and Client authorizes Attorney to apply the filing fee and any payment for expenses that have not been incurred towards the attorney's fee, subject to the requirements set forth herein.

X _____   X _____   Date: 4/12/2011

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Mahmoud Mohamed Ahmed**
**Zeenath Ahmed**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Mahmoud Mohamed Ahmed**
**Zeenath Ahmed** _____

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X **/s/ Mahmoud Mohamed Ahmed**      **April 29, 2011**

Signature of Debtor      Date

X **/s/ Zeenath Ahmed**      **April 29, 2011**

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mahmoud Mohamed Ahmed**
**Zeenath Ahmed**                                      Case No.
_____                Chapter    **7**
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **159**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 29, 2011**                **/s/ Mahmoud Mohamed Ahmed**
_____          _____
                                         **Mahmoud Mohamed Ahmed**
                                         Signature of Debtor

Date:  **April 29, 2011**                **/s/ Zeenath Ahmed**
_____          _____
                                         **Zeenath Ahmed**
                                         Signature of Debtor

ACC International
919 Estes Court
Schaumburg, IL 60193-4436


Ad-Park Pediatric Assoc.
303 W. Lake St., Suite 102
Addison, IL 60101


Advance Health & Wellness
1555 Barrington Rd.
Hoffman Estates, IL 60169


Afni, Inc.
Po Box 3097
Bloomington, IL 61702


Alexian Brothers Med Center
800 Biesterfield Rd.
Elk Grove Village, IL 60007


Ally Automotive Financing
P. O. Box 380901
Minneapolis, MN 55438


Ally Bank Customer Care
P.O. Box 951
Horsham, PA 19044


American Express
Po Box 981535
El Paso, TX 79998


American Express
Box 0001
Los Angeles, CA 90096


Arlington Ridge Pathology
520 E. 22nd Street
Lombard, IL 60148


Armor Systems Co
1700 Kiefer Dr
Suite 1
Zion, IL 60099

Arthur B. Adler & Associates
25 E. Washington St., Ste. 500
Chicago, IL 60602-1702


Assetcare, Inc
5100 Peachtree Industrial Blvd
Norcross, GA 30071


Associated Recovery Systems
PO Box 469046
Escondido, CA 92046


AT&T Wireless
PO Box 6428
Carol Stream, IL 60197


Baker & Miller
29 N Wacker Dr., 5th Floor
Chicago, IL 60606


Bank Of America
Po Box 17054
Wilmington, DE 19850


Bank of America
NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27420


Barclays Bank Delaware
Attention: Customer Support Department
Po Box 8833
Wilmington, DE 19899


Belgravia Group
833 N. Orleans, Suite 400
Chicago, IL 60610


Belongia Shapiro & Franklin LLP
20 S. Clark St., Suite 300
Chicago, IL 60603


Blatt, Hasenmiller, Leibsker et al
125 S. Wacker Drive, Suite 400
Chicago, IL 60606

Brinks Home Security
8880 Esters Boulevard
Irving, TX 75063


Bureau of Collection Recovery
7575 Corporate Way
Eden Prairie, MN 55344


Capital Management Services, Inc.
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capital One, N.A.
Bankruptcy Dept
Po Box 5155
Norcross, GA 30091


CAPSTONE FINANCIAL, LLC
C/O MICHAEL S ROBERTS
55 W MONROE ST STE 1700
CHICAGO, IL 60603


CBCS 02
P.O.Box 1810
Columbus, OH 43216-1810


Chase Bank USA N.A.
ATTN: Legal Dept.
131 S. Dearborn St, 5th Floor
Chicago, IL 60603


Citi Financial Mortgage
Attention: Bankruptcy Department
Po Box 140069
Irving, TX 75014


Citibank
Po Box 22066
Tempe, AZ 85285


Citibank
Citicorp Credit Services, Inc.
7920 NW 110th Street
Kansas City, MO 64153

Citicorp Credit Services
PO Box 6404
Sioux Falls, SD 57117


City National Bank
Attn: Bankruptcy
Po Box 785057
Orlando, FL 32878


Collectech Systems Inc.
PO Box 361567
Columbus, OH 43236


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd
P.O.Box 6111
Carol Stream, IL 60197-6111


Corporate Receivables
PO Box 32995
Phoenix, AZ 85064


Credit One Bank
Po Box 98875
Las Vegas, NV 89193


Credit Protections Association
13355 Noel Rd., Suite 2100
Dallas, TX 75240


Creditors Financial Group
PO Box 440290
Aurora, CO 80044


Crowley & Lamb PC
350 N. LaSalle Street, Suite 900
Chicago, IL 60610


Dental Store
1061 S. Roselle Rd.
Schaumburg, IL 60193

Dentistry for All Ages
660 Biesterfield Rd, #800
Elk Grove Village, IL 60007


DENTISTRY FOR ALL AGES, INC.
ATTN: THOMAS R LEISCHNER
403 E STONE AVE
ADDISON, IL 60101


Deutsche Bank Trust Company
60 Wall Street
New York, NY 10005


Deutsche Bank Trust Company
1011 Centre Road, Suite 200
Wilmington, DE 19805


Discover Financial Services
P.O. Box 6103
Carol Stream, IL 60197


Distinctive Dental Care
626 N. Addison Rd.
Villa Park, IL 60181


Dr. Al-Kunani
1260 W. Higgins Rd.
Hoffman Estates, IL 60169


Dr. Joyce Clark
1260 W. Higgins Rd.
Hoffman Estates, IL 60169


Dr. Ross Fraser
7627 Lake St., Suite 200
River Forest, IL 60305


Elk Grove Lab Physicians PC
Dept 77-9154
Chicago, IL 60678-0001


Elk Grove Radiology
c/o ICS Collection Services
PO Box 1010
Tinley Park, IL 60477

Expo/CBSD
Po Box 6497
Sioux Falls, SD 57117


FCC National Bank
10 S. LaSalle St, #900
Chicago, IL 60603


Fifth Third Bank
5050 Kingsley Dr Md 1moc2g
Cincinnati, OH 45263


First Merit Bank
PO Box 148
Akron, OH 44309-0148


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107


First Revenue Assurance
P.O. Box 3020
Albuquerque, NM 87190


Fisher & Shapiro LLC
4201 Lake Cook Road
Northbrook, IL 60062


Ford Motor Credit Company
Ford Credit National Bankruptcy Ctr
PO Box 537901
Livonia, MI 48153-7901


Freedman Anselmo Lindberg and
1807 W. Diehl Rd., Suite 333
PO Box 3228
Naperville, IL 60566-7107


GMAC
2740 Arthur Street
Roseville, MN 55113


GMAC Mortgage
PO Box 9001719
Louisville, KY 40290

GMAC Mortgage Corp
3451 Hammond Ave.
Waterloo, IA 50702-5345


GMAC Mortgage, LLC
P.O. Box 780
Waterloo, IA 50704


Goodman, Weiss & Cash
810 Biesterfield, Suite 505
Elk Grove Village, IL 60007


Harris & Harris, Ltd
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


Harvard Collection
4839 N Elston Ave
Chicago, IL 60630


HSBC
Attn: Bankruptcy
PO Box 5213
Carol Stream, IL 60197


HSBC NV/GM Card
Attn: Bankruptcy
Po Box 5213
Carol Stream, IL 60197


HSBC/Best Buy
Attn: Bankruptcy
Po Box 5263
Carol Stream, IL 60197


ICS
PO Box 1010
Tinley Park, IL 60477-9110


ICS, Inc.
PO Box 646
Oak Lawn, IL 60454

Juniper Bank
PO Box 13337
Philadelphia, PA 19101-3337


Law Office of Mitchell N Kay PC
205 W Randolph St., Ste 920
Chicago, IL 60606


LCA Collections
PO Box 2240
Burlington, NC 27216


Leading Edge Recovery
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1490


LHR Inc.
56 Main Street
Hamburg, NY 14075


Loyola Medical Center
2160 S. 1st Ave
Maywood, IL 60153


Loyola Primary Care
2166 Gladstone Ct.
Glendale Heights, IL 60139


Loyola University Physician Foundat
P.O.Box 6559
Carol Stream, IL 60197-6559


Loyola University Physicians Fdn.
PO Box 98418
Chicago, IL 60693


LVNV Funding LLC
Po Box 740281
Houston, TX 77274


Mages & Price
Attorney At Law
707 Lake Cook Road, Suite 314
Deerfield, IL 60015

Malcolm S. Gerald and Assoc.
332 S. Michigan Ave., Suite 600
Chicago, IL 60604

Markoff & Krasny
29 N. Wacker
5th Floor
Chicago, IL 60606

Mazda American Credit
Po Box 537901
Livonia, MI 48153

MB Financial Bank
1200 N. Ashland Avenue
Chicago, IL 60637

MB Financial Bank
ATTN: Loan Servicing
6111 N. River Road
Rosemont, IL 60018

Mea Elk Grove Village
800 Biesterfield Road
Elk Grove Village, IL 60007

Merchants Credit Guide
223 W Jackson St
Chicago, IL 60606

Merchants Credit Guide
223 W Jackson Blvd Ste 400
Chicago, IL 60606

Midland Credit Management
Po Box 939019
San Diego, CA 92193

Midwest Bank & Trust
1606 N. Harlem
Elmwood Park, IL 60635

Miramedrg
991 Oak Creek Dr
Lombard, IL 60148

National Check Bureau, Inc.
10625 Techwoods Circle
Cincinnati, OH 45242


National Recovery Solutions, LLC
P.O.Box 322
Lockport, NY 14095-0322


Nationwide Credit
2015 Vaughn Road
Kennesaw, GA 30144


NCB Management Goods or Services In
PO Box 1099
Langhorne, PA 19047


NCO Financial
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems, Inc.
P.O. Box 60024
City of Industry, CA 91716-0024


Neopath, SC
250 E. 22nd Street
Lombard, IL 60148


Neopath, SC
520 E. 22nd Street
Lombard, IL 60148


NES
29125 Solon Road
Solon, OH 44139


Nicor Gas
Attention: Bankruptcy Department
Po Box 190
Aurora, IL 60507

Northstar Location Services
4285 Genesee St
Cheektowaga, NY 14225


Northwest Collectors
3601 Algonquin Rd Suite 500
Rolling Meadows, IL 60008


Northwest Rheamatology
800 Biesterfield Rd., Suite 4003
Elk Grove Village, IL 60007


NWCC
815 Commerce Dr
Oak Brook, IL 60523


Ocwen Federal Bank FSB
12650 Ingenuity Drive
Orlando, FL 32826


Ocwen Loan Servicing, LLC
Attention Bankruptcy
P.O. Box 785057
Orlando, FL 32878-5057


Orkin
133 W. River Rd.
Elgin, IL 60123-1655


Orsini
1111 Nicholas Blvd.
Elk Grove Village, IL 60007


Oxford Management Services
135 Maxess Road, Suite 2A
Melville, NY 11747


Oxford Management Services
P.O. Box 150479
Hartford, CT 06115-0479


Pellettieri & Associates
991 Oak Creek Dr.
Lombard, IL 60148-6408

Phillips & Cohen Assoc.
1002 Justison Street
Wilmington, DE 19801


Portfolio Recoveries
PO Box 12914
Norfolk, VA 23541


Prafulla Koneru
1555 N. Barrington Rd., Suite 540
Hoffman Estates, IL 60169


Prerana Panchal
901 Biesterfield, Suite 207
Elk Grove Village, IL 60007


Provena St. Joseph Hospital
77 North Airlite Street
Elgin, IL 60123-4912


Quest Diagnositics Inc
P.O.Box 64500
Baltimore, MD 21264-4500


QUEST DIAGNOSTICS LLC
NATIONAL REGISTERED AGENTS INC
200 WEST ADAMS STREET
CHICAGO, IL 60606


Radiological Consultants Woodstock
36311 Treasury Center
Chicago, IL 60694


Radiology Imaging
P.O. Box 1886
Harvey, IL 60426


Rage Management
1450 Plymouth Ln
Elgin, IL 60123


RCS
21219 Network Place
Chicago, IL 60673

Redline Recovery Services LLC
6201 Bonhomme St., Suite 100S
Houston, TX 77036


Risk Management Alternatives
1330 Broadway, Suite 310
Oakland, CA 94612


RPM
P.O. Box 1548
Lynnwood, WA 98036-1548


SBC
Law Department
225 W. Randolph, Suite 27A
Chicago, IL 60606


Sears
Citicorp Credit Services
PO Box 20363
Kansas City, MO 64195-0363


Sheer Cover
P.O. Box 11448
Des Moines, IA 50330-1448


SKO Brenner American
40 Daniel Street
Farmingdale, NY 11735


Source Receivables
3859 Battleground Ave.
#303
Greensboro, NC 27410


Specialized Loan Servicing
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129


Summers & Lambrov Pediatrics
2010 Arlington Heights Rd., Suite 2
Arlington Heights, IL 60005

Susan D. Appel
10615 Techwoods Circle
Cincinnati, OH 45242


T-Mobile
ATTN: Bankruptcy
PO Box 53410
Bellevue, WA 98015


The Albert Law Firm
205 W. Randolph St., Suite 920
Chicago, IL 60606


The Dizonno Law Group LLC
One Pierce Place, Suite 150C
Itasca, IL 60143


Transworld Systems Inc.
25 Northwest Point Blvd., Ste. 750
Elk Grove Village, IL 60007


TX Collect, Inc.
2101 W. Ben White Blvd., Suite 103
Austin, TX 78704


Unifund CCR Partners
10625 Techwoods Circle
Cincinnati, OH 45242


United Recovery Systems
PO Box 722929
Houston, TX 77272-2929


US Cellular
PO Box 0203
Palatine, IL 60055


US Dept of Education
Attn: Borrowers Service Dept
Po Box 5609
Greenville, TX 75403


US Weekly
PO Box 8253
Red Oak, IA 51591-1253

Village of Carpentersville
1200 Besinger Dr.
Carpentersville, IL 60110


Weltman, Weinberg & Reis
180 N LaSalle St., Ste 2400
Chicago, IL 60601


WFNNB/Roomplace
Po Box 2974
Shawnee Mission, KS 66201


WFNNB/Z Gallerie
Po Box 182789
Columbus, OH 43218


Women's Doc
1585 Barrington Rd.
Hoffman Estates, IL 60169


Women's Doc
20 Executive Ct.
South Barrington, IL 60010


XM Satellite Radio
P.O. Box 8306205
Baltimore, MD 21283-0205


XO Communications
PO Box 60000
San Francisco, CA 94160